AO 10*
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Dein, Judith G. | U.S. District Court, MA | 05/06/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S.Magistrate Judge-full time | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

United States District Court
One Courthouse Way
Boston, Massachusetts 02210

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Fellow | Massachusetts Bar Foundation |
| 2. | Trustee | Union College, Schenectady, NY |
| 3. | Fellow | American Bar Association |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dein, Judith G. | 05/06/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | Goulston & Storrs - lawyer |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dein, Judith G. | 05/06/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dein, Judith G. | 05/06/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Agilent Technologies Inc. stock | | None | J | T | | | | | |
| 2. SBC Communications Inc. | | None | J | T | | | | | |
| 3. Bank of America account | A | Interest | N | T | | | | | |
| 4. Bank of America account | A | Interest | L | T | | | | | |
| 5. Vodafone Airtouch PLC | A | Dividend | J | T | | | | | |
| 6. Baron Growth Fund | | None | | | Closed | 01/22/16 | N | | see note 1 |
| 7. TRowe Mid Cap Fund | | None | | | Closed | 01/22/16 | O | | see note 1 |
| 8. Vanguard 500 Index Fund | | None | | | Closed | 01/22/16 | O | | see note 1 |
| 9. Israeli Bonds | A | Dividend | J | T | | | | | |
| 10. AT&T stock | A | Dividend | J | T | | | | | |
| 11. Mass. ST CONS LN | B | Interest | L | T | | | | | |
| 12. Needham Bank Acct | A | Interest | L | T | | | | | |
| 13. FIA Card Services NA RASP | | | | | | | | | see note 2 |
| 14. Phoenix Concierge Acct | A | Interest | K | T | | | | | |
| 15. First Eagle Global Fund Class A M/F | A | Dividend | M | T | | | | | |
| 16. IVA Worldwide Fund Class C M/F | A | Int./Div. | J | T | | | | | |
| 17. Nuveen Limited Term Mun Bond Fund Class C M/F | A | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dein, Judith G. | 05/06/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Thornburg Ltd Term Mun. Fund Class C M/F | B | Interest | M | T | | | | | |
| 19. Western Asset Managed Municipals Fund Class I | D | Dividend | M | T | Buy (add'l) | 04/25/17 | K | | |
| 20. | | | | | Buy (add'l) | 07/19/17 | K | | |
| 21. Clearbridge Dividend Strategy Fund Class C | A | Interest | K | T | | | | | |
| 22. Thornburg Investment Income Builder Fund Class C M/F | B | Interest | K | T | | | | | |
| 23. Thornburg Limited Term Municipal Fund Class A | A | Interest | K | T | | | | | |
| 24. UBS Bank USA Dep. Acct (various) | A | Interest | O | T | | | | | |
| 25. First Eagle Growth & Income Fund Class C M/F (now Carillon Eagle . . ) | A | Dividend | K | T | | | | | |
| 26. Mainstay Unconstrained Bond Fund Class I | B | Dividend | | | Sold | 04/25/17 | L | | see comment 3 |
| 27. Mainstay Unconstrained Bond Fund Class I | C | Dividend | | | Sold | 04/25/17 | L | | |
| 28. Pioneer Fundamental Growth Class Y | A | Dividend | K | T | Sold (part) | 04/25/17 | J | | |
| 29. Pioneer Fundamental Growth Class Y | A | Dividend | K | T | Sold (part) | 04/25/17 | J | | |
| 30. Vanguard Total Intl BD Index Fund ETF | A | Dividend | K | T | Sold (part) | 04/25/17 | K | | |
| 31. Loomis Sayles Strategic Income Fund Class Y | A | Dividend | K | T | Sold (part) | 04/25/17 | K | | |
| 32. Loomis Sayles Strategic Income Fund Class Y | A | Dividend | K | T | Sold (part) | 04/25/17 | L | | |
| 33. Wisdomtree Trust SmallCap Dividend Fund | A | Dividend | J | T | Sold (part) | 04/25/17 | J | | |
| 34. Natixis Oakmark Intl Fund Class Y (exchanged from Class A) | A | Dividend | K | T | Buy (add'l) | 04/25/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Natixis Oakmark Intl Fund Class Y (exch. from Class A) | A | Dividend | K | T | Buy (add'l) | 04/25/17 | J | | |
| 36. Principal FDS Inc Global Diversified (Classes I & P) | A | Dividend | | | Sold | 04/25/17 | K | | |
| 37. 1919 Socially Responsive Balanced Fund Class 1 FBOID | | None | | | Sold | 04/25/17 | L | | |
| 38. UBS Itl Sustainable Fund | B | Dividend | | | Sold | 04/25/17 | L | | |
| 39. Domini Impact Bond Fund Class Investor | B | Dividend | L | T | Sold (part) | 04/25/17 | L | | |
| 40. | | | | | Sold (part) | 12/08/17 | J | | |
| 41. Columbia Dividend Income Fund Z FBOID (now Class Institutional) | A | Dividend | K | T | Sold (part) | 04/25/17 | J | | |
| 42. Fidelity Advisor Total Bond Fund Class 1 FBOID | B | Dividend | | | Sold | 04/25/17 | K | | |
| 43. Columbia Dividend Income Fund Z FBOID (now Class Institutional) | A | Dividend | K | T | Sold (part) | 04/25/17 | J | | |
| 44. Fidelity Advisor Total Bond Fund Class 1 FBOID | A | Dividend | | | Sold | 04/25/17 | K | | |
| 45. Alpine Income Tr Ult Muni Inst | A | Dividend | | | Sold (part) | 04/25/17 | K | | |
| 46. | | | | | Sold | 07/19/17 | K | | |
| 47. Mainstay High Yield Muni Bond Fund Class 1 | B | Dividend | | | Sold (part) | 04/25/17 | K | | |
| 48. | | | | | Sold | 07/19/17 | L | | |
| 49. Mainstay Tax Free Bond CL 1 | C | Dividend | | | Buy (add'l) | 04/25/17 | K | | |
| 50. | | | | | Sold | 07/19/17 | L | | |
| 51. Hartford Municipal Opportunities Fund Class 1 | B | Dividend | | | Sold (part) | 04/25/17 | J | | |

| 1. Income Gain Codes: | A =$1,001 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold | 07/19/17 | L | | |
| 53. Alpine High Yield Managed DUR Muni Fund | B | Dividend | | | Buy (add'l) | 04/25/17 | K | | |
| 54. | | | | | Sold | 07/19/17 | L | | |
| 55. Wisdomtree Small Cap Divid ETF | A | Dividend | K | T | Sold (part) | 04/25/17 | J | | |
| 56. Hartford Intl Growth Fund | A | Dividend | | | Sold | 04/25/17 | J | | |
| 57. Vanguard Total Bond Market ETF | B | Dividend | K | T | Buy (add'l) | 04/25/17 | J | | |
| 58. Principal Global Multi Strategy Fund (Class INSTL) | A | Dividend | J | T | Sold (part) | 04/25/17 | J | | |
| 59. Principal FDS Inc Global Diversified Income Fund Cl P | A | Dividend | K | T | Sold (part) | 04/25/17 | K | | |
| 60. Hartford Intl Growth Fund Class 1 | A | Dividend | | | Sold | 04/25/17 | J | | |
| 61. Vanguard Total Bond Market ETF | B | Dividend | K | T | Buy (add'l) | 04/25/17 | J | | |
| 62. Principal Global Multi Strategy Fund (Class INSTL) | A | Dividend | K | T | Sold (part) | 04/25/17 | J | | |
| 63. | | | | | Sold (part) | 06/23/17 | J | | |
| 64. Build NYC Resource Corp Assur RV CR 5 | C | Dividend | M | T | | | | | |
| 65. Commerce BancShares Dep Ser B Preferred | B | Dividend | | | Sold | 07/19/17 | K | | |
| 66. Dunkirk NYC Sch Assur 2011 BE/R/4 | A | Dividend | K | T | | | | | |
| 67. Goldman Sachs Group Inc 05.500% | B | Dividend | K | T | | | | | |
| 68. Kinder Morgan Inc. | A | Dividend | | | Sold | 07/19/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dein, Judith G. | 05/06/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Minisink VY Cent Assur Pref BE/R/4.25 | A | Dividend | | | Matured | 06/15/17 | J | | |
| 70. Morgan Stanley B/E 03.875% | A | Dividend | J | T | | | | | |
| 71. Nassau Cnty NY Swr & St Ser A | B | Dividend | K | T | | | | | |
| 72. NYC Trans FINA BE/R/5.5 (X) | A | Dividend | J | T | | | | | |
| 73. NYC Transition SR E BE/R/4 | A | Dividend | K | T | | | | | |
| 74. NY NY For Previou A-1 BE/R/4.25 | A | Dividend | | | Matured | 09/11/17 | K | | |
| 75. NYS HSG Fin Agcy Persl Rev BE/R/4 | A | Dividend | | | Matured | 09/15/17 | K | | |
| 76. Port Authority NY & NJ Rev BE/R/4 | B | Dividend | | | Matured | 11/15/17 | K | | |
| 77. Rome NY Assur BE/R/4 (X) | A | Dividend | | | Matured | 08/01/17 | K | | |
| 78. Triborough Brdg & Tunl NY SR D (now Triborough Brdg & Tunnel RV PERF) | B | Dividend | K | T | | | | | |
| 79. UBS Cash Accout (X) | A | Interest | M | T | | | | | |
| 80. Vanguard 500 Index Fund Admiral | | | | | | | | | see comment 2 |
| 81. Vanguard FTSE All World Ex-US ETF | | | | | | | | | |
| 82. Vanguard S&P 500 Growth ETF | | | | | | | | | |
| 83. Vanguard S&P 500 Value ETF | | | | | | | | | |
| 84. Vanguard S&) Mid-Cap 400 | | | | | | | | | |
| 85. Columbia Dividend Income Fund Z | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Mainstay Cushing Renaissance Advantage Fund Class I | | | | | | | | | |
| 87. Natixis Oakmark Intl Fund Class A | | | | | | | | | |
| 88. Pioneer Fundamental Growth Fund Class Y | | | | | | | | | |
| 89. Vanguard Total Intl Bond ETF | A | Dividend | K | T | Buy (add'l) | 04/25/17 | J | | |
| 90. Vanguard Total Bond Mkt ETF | | | | | | | | | |
| 91. Western Asset Core Plus Bond Fund Class I | | | | | | | | | |
| 92. Gateway Fund Class Y | | | | | | | | | |
| 93. Oppenheimer Fundamental Alternatives Fund Class Y | | | | | | | | | |
| 94. Principal GBL Mlti-Strtg | | | | | | | | | |
| 95. Principal FDS Inc Global Diversified Income Fund Cl P | | | | | | | | | |
| 96. Dodge & Cox Stock Fund | D | Dividend | N | T | Open | 01/22/16 | N | | see note 1 |
| 97. Vanguard Institutional Index Fund | D | Dividend | N | T | Open | 01/22/16 | N | | see note 1 |
| 98. Loomis Sayles Core Plus Bond Y | D | Dividend | O | T | Open | 01/22/16 | O | | see note 1 |
| 99. NY Life Ins Co Anchor Acct IV | C | Dividend | N | T | Open | 01/22/16 | N | | see note 1 |
| 100. Hartford Schroders Tax-Aware Bond Fund Class 1 | B | Dividend | M | T | Buy | 07/19/17 | M | | |
| 101. Invesco Municipal Income Fund Class Y | C | Dividend | M | T | Buy | 07/19/17 | M | | |
| 102. Natixis Mcdonnell Intermediate Municipal Bond Fund Class Y | B | Dividend | L | T | Buy | 07/19/17 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dein, Judith G. | 05/06/2018 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Vanguard Shorti-term Tax-exempt Fund Admiral | A | Dividend | L | T | Buy | 07/19/17 | L | | |
| 104. Vanguard FTSE All World Ex-US ETF | A | Dividend | K | T | Buy | 04/25/17 | J | | |
| 105. Vanguard S&P 500 Growth ETF | A | Dividend | K | T | Buy | 04/25/17 | K | | |
| 106. Vanguard S&P 500 Value ETF | A | Dividend | K | T | Buy | 04/25/17 | K | | |
| 107. Oppenheimer Steelpath MLP Select 40 Fund Y | B | Dividend | K | T | Buy | 04/25/17 | K | | |
| 108. Dreyfus/Standish Global Fixed Income Fund Class I | B | Dividend | L | T | Buy | 04/25/17 | L | | |
| 109. Goldman Sachs Global Income Fund Institutional SH | A | Dividend | L | T | Buy | 04/25/17 | L | | |
| 110. SEI Intl Fixed Income Fund Class Y (SIT) | | None | K | T | Buy | 04/25/17 | K | | |
| 111. Western Asset Core Plus Bond Fund Class I | B | Dividend | K | T | Buy | 04/25/17 | K | | |
| 112. Gateway Fund Class Y | A | Dividend | K | T | Buy | 04/25/17 | K | | |
| 113. Oppenheimer Fundamental Alternatives Fund Class Y | A | Dividend | K | T | Buy | 04/25/17 | K | | |
| 114. Vanguard FTSE All World Ex-US ETF | A | Dividend | K | T | Buy | 04/25/17 | J | | |
| 115. Vanguard S&P 500 Growth ETF | A | Dividend | K | T | Buy | 04/25/17 | K | | |
| 116. Vanguard S&P 500 Value ETF | A | Dividend | K | T | Buy | 04/25/17 | K | | |
| 117. Oppenheimer Steelpath MLP Select 40 Fund Y | B | Dividend | K | T | Buy | 04/25/17 | K | | |
| 118. Dreyfus/Standish Global Fixed Income Fund Class I | B | Dividend | L | T | Buy | 04/25/17 | L | | |
| 119. Goldman Sachs Global Income Fund Inst. SH | A | Dividend | L | T | Buy | 04/25/17 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dein, Judith G. | 05/06/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. SEI Intl Fixed Income Fund Class Y (SIT) | | None | K | T | Buy | 04/25/17 | K | | |
| 121. Western Asset Core Plus Bond Fund Class I | B | Dividend | K | T | Buy | 04/25/17 | K | | |
| 122. Gateway Fund Class Y | A | Dividend | K | T | Buy | 04/25/17 | K | | |
| 123. Oppenheimer Fundamental Alternatives Fund Class Y | A | Dividend | K | T | Buy | 04/25/17 | K | | |
| 124. IShares MSCI KLD 400 Social ETF | A | Dividend | L | T | Buy | 04/25/17 | L | | |
| 125. Powershares Global Clean Energy Portfolio ETF | A | Dividend | K | T | Buy | 04/25/17 | J | | |
| 126. Powershares Global Water Portfolio ETF | A | Dividend | K | T | Buy | 04/25/17 | J | | |
| 127. PAX Ellevate Global Women's Index Fund Class Institutional | A | Dividend | K | T | Buy | 04/25/17 | J | | |
| 128. PAX Global Environmental Markets Fund Class Instl | A | Dividend | K | T | Buy | 04/25/17 | J | | |
| 129. Calvert Bond Fund Class I | B | Dividend | L | T | Buy | 04/25/17 | L | | |
| 130. Hartford Schroeders Tax Aware Bond Fund Class I | B | Dividend | L | T | Buy | 07/19/17 | L | | |
| 131. | | | | T | Buy (add'l) | 09/19/17 | J | | |
| 132. Invesco Municipal Income Fund Class Y | C | Dividend | L | T | Buy | 07/19/17 | L | | |
| 133. | | | | | Buy (add'l) | 09/19/17 | J | | |
| 134. Natixis McDonnell Intermediate Mun Bond Fund Class Y | A | Dividend | K | T | Buy | 07/19/17 | K | | |
| 135. | | | | | Buy (add'l) | 09/19/17 | J | | |
| 136. Vanguard Shortie-Term Tax Exempt Admiral | A | Dividend | K | T | Buy | 07/19/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dein, Judith G. | 05/06/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 09/19/17 | J | | |
| 138. Western Asset Managed Municipals Fund Class I | C | Dividend | L | T | Buy | 04/25/17 | K | | |
| 139. | | | | | Buy (add'l) | 07/19/17 | K | | |
| 140. | | | | | Buy (add'l) | 09/19/17 | J | | |
| 141. Alpine High Yield Managed DUR Mun Fund Cl I | B | Dividend | | | Buy | 04/25/17 | K | | |
| 142. | | | | | Sold | 07/19/17 | K | | |
| 143. Alpine Income TR ULT Muni Institutional Class NL | A | Dividend | | | Buy | 04/25/17 | K | | |
| 144. | | | | | Sold | 07/19/17 | K | | |
| 145. Mainstay High Yield Muni Bond Fund Class I | B | Dividend | | | Buy | 04/25/17 | K | | |
| 146. | | | | | Sold | 07/19/17 | K | | |
| 147. Mainstay Tax Free Bond Class I | B | Dividend | | | Buy | 04/25/17 | K | | |
| 148. | | | | | Sold | 07/19/17 | L | | |
| 149. Hartford Municipal Opportunities Fund Class I | B | Dividend | | | Buy | 04/25/17 | K | | |
| 150. | | | | | Sold | 07/19/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dein, Judith G. | 05/06/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Inadvertently reported incorrect funds in 401K as of 12/31/16.  These funds had been transferred into accounts listed on lines 96-99.

2. The assets in lines 13, 80-88 and 90-95 are no longer reportable since child is no longer dependent.

3.  If the same asset is listed multiple times, it is because it is held in several accounts (e.g. lines 26 and 27).

| Name of Person Reporting | Date of Report |
|---|---|
| Dein, Judith G. | 05/06/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Judith G. Dein**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544